# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KRZYSZTOF WOLINSKI, | Case No. 1:15-cv-00519-LJO-SAB-PC |
|---|---|
| Plaintiff, | ORDER VACTING FINDINGS AND RECOMMENDATIONS (ECF No. 15) |
| v. | |
| N. ACOSTA, et al., | ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (ECF No. 16) |
| Defendants. | |

On September 1, 2015, an order was entered, dismissing the complaint in this action for failure to state a claim and granting Plaintiff leave to file an amended complaint. (ECF No. 14.) Since the Plaintiff failed to amend with the time frame ordered on October 19, 2015, findings and recommendations were issued recommending that this action be dismissed. (ECF No. 15.) On November 5, 2015, Plaintiff filed a motion for leave to file an amended complaint. (ECF No. 16.) On November 6, 2015, Plaintiff filed a first amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

1. The October 19, 2015, recommendation of dismissal is vacated; and
2. Plaintiff's motion for leave to file an amended complaint is granted.  This action proceeds on the November 6, 2015, first amended complaint.

IT IS SO ORDERED.

Dated:   **November 19, 2015**

UNITED STATES MAGISTRATE JUDGE

1